SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 06 2018

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wood
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number: 4:18-cr-00011 |
| ) | |
| MARCUS JAY DAVIS ) | |
|    a/k/a "Sticcs" ) | |
| ) | |
| KEVIN LAMONT TRENT, JR. ) | |
|    a/k/a "Bad Ass" "Gates" or "SixOwe" ) | |
| ) | |
| KANAS LAMONT'E TRENT ) | |
|    a/k/a "LA" ) | |
| ) | |
| DESHAUN LAMAR TRENT ) | |
|    a/k/a "Da Da" or "Six" ) | |
| ) | |
| PHILLIP DAEKWON MILES ) | |
|    a/k/a "R" or "Sammy" ) | |
| ) | |
| SHABBA LARUN CHANDLER ) | |
|    a/k/a "Trill" ) | |
| ) | |
| MATTHEW CEASAR FERGUSON ) | |
|    a/k/a "MC" ) | |
| ) | |
| ASHLEY TIANA ROSS ) | |
|    a/k/a "First Lady" ) | |
| ) | |
| LAQUANTE TARVARES ADAMS ) | |
|    a/k/a "Spazz" ) | |
| ) | |
| JAQUAN LAMONT TRENT ) | |
|    a/k/a "Hatch" ) | |

| | |
|---|---|
| SHANICQUA LATRICE COLEMAN | ) |
|     a/k/a "Egg" | ) |
| | ) |
| TENIKQUA FULLER | ) |
|     a/k/a "Fuller" | ) |

## MOTION TO SEAL

COMES NOW the United States by and through its undersigned attorney and moves this Honorable Court to seal the Indictment, and all related documents, in the above captioned case for a period of thirty (30) days or until all defendants are taken into custody, whichever is sooner.

                                        Respectfully submitted,

                                        THOMAS T. CULLEN
                                        UNITED STATES ATTORNEY

| | |
|---|---|
| /s/ *Heather L. Carlton* | /s/ *Ronald M. Huber* |
| Heather L. Carlton | Ronald M. Huber |
| Assistant United States Attorney | Managing Assistant United States Attorney |
| United States Attorney's Office | United States Attorney's Office |
| 255 West Main Street | 255 West Main Street |
| Charlottesville, Virginia 22902 | Charlottesville, Virginia 22902 |
| Tel: (434) 293-4283 | Tel: (434) 293-4283 |
| Fax: (434) 293-4910 | Fax: (434) 293-4910 |
| Heather.Carlton@usdoj.gov | Ron.Huber@usdoj.gov |

DATE: November 6, 2018