SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 06 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARCUS JAY DAVIS )<br>    a/k/a "Sticcs" )<br>)<br>KEVIN LAMONT TRENT, JR. )<br>    a/k/a "Bad Ass" "Gates" or "SixOwe" )<br>)<br>KANAS LAMONT'E TRENT )<br>    a/k/a "LA" )<br>)<br>DESHAUN LAMAR TRENT )<br>    a/k/a "Da Da" or "Six" )<br>)<br>PHILLIP DAEKWON MILES )<br>    a/k/a "R" or "Sammy" )<br>)<br>SHABBA LARUN CHANDLER )<br>    a/k/a "Trill" )<br>)<br>MATTHEW CEASAR FERGUSON )<br>    a/k/a "MC" )<br>)<br>ASHLEY TIANA ROSS )<br>    a/k/a "First Lady" )<br>)<br>LAQUANTE TARVARES ADAMS )<br>    a/k/a "Spazz" )<br>)<br>JAQUAN LAMONT TRENT )<br>    a/k/a "Hatch" ) | Criminal Number: 4:18-cr-00011 |

1

SHANICQUA LATRICE COLEMAN )
    a/k/a "Egg" )
                                       )

TENIKQUA FULLER )
    a/k/a "Fuller" )

## ORDER

It is hereby ORDERED that the Indictment, the motion to seal and this order, and all related documents in the above-captioned case, be placed under the seal by this Court for a period of thirty (30) days or until all defendants are taken into custody, whichever is sooner.

ENTERED: This 6th day of November, 2018.

/s/ Joel C. Hoppe
Honorable Joel C. Hoppe
United States Magistrate Judge