# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION HEARING/PRELIMINARY EXAM

Case No.: 4:18cr00011-11   Date: 11/14/18

**Defendants:**  
Laquante Tarvares Adams, present, custody

**Counsel:**  
Robert Hagan, Jr., cja, present

PRESENT:  
JUDGE: Joel C. Hoppe, USMJ  
Deputy Clerk: Karen Dotson  
Court Reporter: Karen Dotson, FTR  
U. S. Attorney: Ron Huber  
USPO: Andrew Ridgeway  
Case Agent: FTO Devin Taylor  
Interpreter: n/a  

TIME IN COURT: 2:43-2:53=10 min

## INITIAL APPEARANCE AND BOND HEARING

- [ ] Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
- [ ] Government moves to unseal case. Court grants motion.
- [x] Defendant requests appointment of counsel. CJA 23 completed; counsel will be appointed prior to defendant's next scheduled court appearance – counsel present today
- [ ] Bond hearing held. Record proceedings, witnesses, etc
- [ ] Government does not oppose bond.
- [ ] Defendant(s) not eligible for bond because state reasons not eligible.
- [ ] Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety.
- [x] Deft. notified of right to consular notification under the Vienna Convention.

In addition to the standard conditions of release, the following special conditions of release are imposed:

- [ ] The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
- [ ] The defendant shall report as directed by the probation officer, and shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant; the defendant shall continue to reside at his/her current residence, and shall not change residences without first obtaining permission from the probation officer.
- [ ] The defendant shall abstain from the excessive OR any use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
- [ ] The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
- [ ] The defendant shall submit to random drug and or alcohol testing as directed by the probation officer.
- [ ] The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
- [ ] The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determining if he/she is in compliance with his/her conditions of pretrial release.
- [ ] The defendant shall actively seek and/or maintain employment.
- [ ] The defendant shall maintain or commence an education program.
- [ ] The defendant shall surrender his/her passport to the Probation Office to be held pending further order of the court; the defendant shall not apply to obtain a passport.
- [ ] The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by his/her supervising officer in cooperation with law enforcement officers.
- [ ] The defendant shall be placed on home detention subject to electronic monitoring and all residential absences must be approved in advance by the probation officer.

| | The defendant shall continue in his/her currentmental health OR substance abuse OR both counseling/treatment program at his/her own expense. |
|---|---|
| | The defendant shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements. |
| | Any animals on the premises of the defendant's residence must be restrained in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety. |
| | Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release. |

## DETENTION

| | |
|---|---|
| ☒ | Government moves for detention. (Can be continued for up to 3 days) |
| ☐ | Government moves for continuance of detention hearing. |
| ☐ | Defendant(s) moves for continuance of detention hearing. (Can be continued for up to 5 days) |
| ☐ | Detention hearing continued to KEYBOARD(). |
| ☐ | Detention hearing held. Record proceedings, witnesses, etc |
| ☐ | Findings of Fact: |

## PRELIMINARY EXAM
(Only if arrested on criminal complaint)

| | |
|---|---|
| ☐ | Defendant does not contest probable cause. |
| ☐ | Preliminary exam waived. Waiver form executed by parties. |
| ☐ | Preliminary Exam held. Record proceedings, witnesses, etc |
| ☐ | Probable cause found. Order will enter. |
| ☐ | Probable cause not found. Court orders complaint dismissed. Order will enter. |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☒ | Defendant(s) waives reading of Indictment/Information. | ☐ | Indictment/Information read. |
| ☒ | Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P). | | |

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | 1 | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

| | |
|---|---|
| ☒ | Jury trial set for TO BE SET before Chief Judge Urbanski. |
| ☐ | Pretrial conference set for Pretrial conference date. |
| ☒ | Defendant(s) remanded to custody. |
| ☐ | Defendant(s) released on bond. |

Additional Information:
Dft sworn, 24 yoa, went to high school
Does not request release on bond at this time
Dft remanded to USM custody