APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA )   CASE NO.: 4:18CR11
                                            )
v. )   DATE: 11/14/18
                                            )
Laquante Tarvares Adams )
                                            )
TYPE OF HEARING: IA & ARR        Time in Court: 2:43-2:53 = 10 min.

****************************************************************
PARTIES/SPEAKERS:

1. USMJ – Joel C. Hoppe        6. ~~PO~~ -
2. AUSA – Ron Huber        7.
3. Dft - Adams        8.
4. Dft atty - Robert Hagan        9. deputy clerk – Karen Dotson
5.        10.

****************************************************************
CD NO(S). Courtroom 4        RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 2:43 | 1,9 | | 4,1 | | | | | | |
| | 1,2 | | 3,1 | | | | | | |
| | 1,4 | 51 | 3,1 | | | | | | |
| | 1 | | 3,1 | | | | | | |
| 44 | 3,1 | | 4,1 | | | | | | |
| | 3,1 | | 3,1 | | | | | | |
| | 3,1 | 52 | 2,1 | | | | | | |
| | 3,1 | 53 | 2,1 | | | | | | |
| 47 | 2,1 | | 4,1 | | | | | | |
| | 3,1 | - | 4,1 | | | | | | |
| | 3,1 | | 4,1 | | | | | | |
| 50 | 2,1 | | 2,1 | | | | | | |
| | 4,1 | | 4,1 | | | | | | |