# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.: 4:18CR00011-011**   **Date: 3/26/2019**

**Defendant: Laquanta Tarvares Adams, custody**   **Counsel: Robert Hagan, CJA**

PRESENT:
- JUDGE: Michael F. Urbanski, CUSDJ
- TIME IN COURT: 10:08-11:06  58 minutes
- Deputy Clerk: Kristin Ayersman
- Court Reporter: JoRita Meyer
- U. S. Attorney: Heather Carlton
- USPO: Bryan Murphy, Larry Breckenridge
- Case Agent: none present
- Interpreter: none needed

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court; SOF filed with the court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☐ Defendant re-arraigned as to Counts Enter counts to which pleading guilty
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty.
- ☒ Guilty plea form executed and filed.
- ☒ Government summariezes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Counts One
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond.
- ☒ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for TBD before Judge Urbanski.

Additional Information:
Parties present in Roanoke Division for this hearing - Danville Division case.